812

No. 223. RUGENDORF *v.* UNITED STATES. C. A. 7th Cir. Certiorari granted. *Melvin B. Lewis* and *Julius Lucius Echeles* for petitioner. *Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Jerome M. Feit* for the United States.

No. 138. MURPHY ET AL. *v.* WATERFRONT COMMISSION OF NEW YORK HARBOR. Supreme Court of New Jersey. Certiorari granted. *Harold Krieger* for petitioners. *William P. Sirignano* and *Irving Malchman* for respondent.

No. 39, Misc. AGUILAR *v.* TEXAS. Motion for leave to proceed *in forma pauperis* and petition for writ of certiorari to the Court of Criminal Appeals of Texas granted. Case transferred to the appellate docket. *Clyde W. Woody* for petitioner. *Carl E. F. Dally* for respondent.

No. 118. BARON *v.* VALLETON, ADMINISTRATOR. Supreme Court of Washington. Certiorari denied. *Christ D. Lillions* for petitioner.

No. 121. MATTOX *v.* HERTWIG, TRUSTEE IN BANKRUPTCY. C. A. 5th Cir. Certiorari denied. *W. M. Nicholson* and *Cubbedge Snow* for petitioner.